### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

**DERRICK POSS,**                                                                  **PETITIONER**

**V.**                                                                        **NO.1:06CV348-D-D**

**STATE OF MISSISSIPPI,**                                       **RESPONDENT**

### FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **dismissed** without prejudice for failure to exhaust available state remedies.

**IT IS SO ORDERED.**

THIS the 4th day of January, 2007.

                                                 /s/ Glen H. Davidson
                                                 Chief Judge

Dockets.Justia.com