# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**DERRICK POSS,**                                                         **PETITIONER**

**V.**                                              **NO.1:06CV348-D-D**

**STATE OF MISSISSIPPI,**                                      **RESPONDENT**

## FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **dismissed** without prejudice for failure to exhaust available state remedies.

**IT IS SO ORDERED.**

THIS the <u>4th</u> day of January, 2007.

                                                   /s/ Glen H. Davidson
                                                   Chief Judge